THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Celeste Durant, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS 

Appeal from Horry County
 Paula H. Thomas, Circuit Court Judge

Memorandum Opinion No.  2006-MO-041
Heard November 2, 2006  Filed December 11, 2006

DISMISSED AS IMPROVIDENTLY GRANTED 

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Shawn L. Reeves, all of Columbia, and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: We granted a writ of certiorari to review the court of appeals decision in State v. Durant, Op. No. 2004-UP-422 (S.C. Ct. App. filed June 30, 2004).  We dismiss the writ as improvidently granted.
MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice Deadra L. Jefferson, concur.